UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARTIN DELGADO GONZALEZ,

      Plaintiff,

      v.                            Case No. 25-CV-470

DEPARTMENT OF HOMELAND SECURITY, et al,

      Defendants.

---

## ORDER OF DISMISSAL

---

      More than 90 days have passed since the filing of the complaint in this action. The plaintiff has not effected service on the defendants and the defendants have not waived service. On July 2, 2025, the court filed a notice to the plaintiff advising that this case would be dismissed in 21 days for failure to timely effect service pursuant to Civil L.R. 41(a).

      THEREFORE, IT IS ORDERED that this case is dismissed without prejudice pursuant to Civil L.R. 41(a).

      Dated at Green Bay, Wisconsin this 25th day of July, 2025.

                                                  s/ Byron B. Conway
                                                  BYRON B. CONWAY
                                                  United States District Judge